On petition for review filed May 27, 1999,* petition for review allowed; decision of Court of Appeals vacated and case remanded to Court of Appeals for further consideration June 8, 2001

In the Matter of the Compensation of
Consuelo Trujillo, Claimant.

Consuelo TRUJILLO,
*Petitioner on Review,*

*v.*

PACIFIC SAFETY SUPPLY
and SAIF Corporation,
*Respondents on Review.*

(WCB 96-10056; CA A99410; SC S46497)

26 P3d 802

Max Rae, Salem, filed the petition for petitioner on review.

No appearance *contra.*

Before Carson, Chief Justice, and Gillette, Durham, Leeson, and Riggs, Justices.**

MEMORANDUM OPINION

The petition for review is allowed. The decision of the Court of Appeals is vacated. The case is remanded to the Court of Appeals for further consideration in light of *Koskela v. Willamette Industries, Inc.*, 331 Or 362, 15 P3d 548 (2000).

---

* Judicial Review from the Workers' Compensation Board. 159 Or App 229, 978 P2d 1018 (1999).

** Van Hoomissen, J., retired December 31, 2000, and did not participate in the decision of this case. Kulongoski and De Muniz, JJ., did not participate in the consideration or decision of this case.